■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFERSON McLAMB, Appellant. [624 NYS2d 921] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated August 9, 1993 *(People v McLamb,* 196 AD2d 556), affirming two judgments of the County Court, Suffolk County, both rendered August 23, 1990, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Pizzuto, Joy and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD McPHERSON, Appellant. [624 NYS2d 919] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered January 6, 1994, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.